**Order filed August 9, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00045-CV

_____

**MARYAM MOHAMMADI, Appellant**

**V.**

**ALBERTSONS, LLC D/B/A RANDALL'S; ALBERTSONS COMPANIES, LLC D/B/A RANDALL'S AND RANDALL'S FOOD MARKETS, INC. D/B/A RANDALL'S; RANDALL'S FOOD & DRUGS L.P., D/B/A RANDALL'S, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-51885**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original **Defendant's Exhibit 1.**

The clerk of the 190th District Court is directed to deliver to the Clerk of this court the original Defendant's Exhibit 1, on or before **August 16, 2022.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defendant's Exhibit 1, to the clerk of the 190th District Court.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.